**Order filed July 21, 2015.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-15-00288-CV**

_____

**IN RE ANTONIO SEPEDA, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 14-CV-0020**

---

## ORDER

On April 1, 2015, relator Antonio Sepeda filed a petition for writ of mandamus in this court. In the petition, relator asked this court to compel the Honorable Bret Griffin, former judge of the 212th District Court of Galveston County, Texas, to hold a hearing and rule on relator's petition for expunction in trial court cause number 14–CV–0020. *See* Tex. Code Crim. Proc. Ann. art. 55.02, § 2(c) (the trial court "shall set a hearing" no sooner than 30 days after the filing of the petition). However, because Judge Griffin is no longer serving as judge of the

212th District Court, we substituted Judge Patricia Grady—Judge Griffin's successor—as respondent and abated this proceeding for 60 days to allow Judge Grady to consider relator's petition for expunction. *See* Tex. R. App. P. 7.2.

It does not appear that any action has been taken by the trial court on relator's petition for expunction since our order. Accordingly, we reinstate this original proceeding and request a response to the petition for writ of mandamus from respondent Judge Grady and from the Galveston County District Attorney. The response is due on or before August 14, 2015.

It is so ORDERED.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.